**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: QUINT G, INC. | § | Case No. 13-43163 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on November 04, 2013. The case was converted to one under Chapter 7 on May 19, 2014. The undersigned trustee was appointed on November 10, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          92,164.01

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 2,307.00 |
    | Bank service fees | 1,472.61 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]   $ | 88,384.40 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/07/2014 and the deadline for filing governmental claims was 10/07/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,858.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,858.20, for a total compensation of $7,858.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/19/2016        By: /s/THOMAS E. SPRINGER, TRUSTEE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-43163  
**Case Name:** QUINT G, INC.

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/19/14 (c)  
**§341(a) Meeting Date:**

**Period Ending:** 02/19/16  
**Claims Bar Date:** 10/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Financial Accounts<br>Checking account First Community Bank of Elgin | Unknown | 0.00 | | 0.00 | FA |
| 2  Accounts Receivable<br>Accouonts receivable of Company<br>Bear Construction Company owes $32,030; Adversary filed but dismissed for want of prosecution after Joe Voiland resigned and current Trustee not advised of court date. | 265,175.15 | 32,000.00 | | 27,030.00 | FA |
| 3  Vehicles<br>Two 2008 Vans; One 2008 Matrix; One 2003 Van Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 7,500.00 | 7,500.00 | | 18,000.00 | FA |
| 4  Office Equipment<br>Misc. desks, computer and office equipment Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  Machinery and Supplies<br>Misciclaneous hand tools, saws and tables used in fabrication of windows Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 14,815.00 | 0.00 | | 0.00 | FA |
| 6  Inventory<br>Misc. Hardare and extrusions Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 500.00 | 500.00 | | 500.00 | FA |
| 7  DIP Account  (u) | 0.00 | 46,634.01 | | 46,634.01 | FA |
| 7  Assets  Totals (Excluding unknown values) | **$288,990.15** | **$86,634.01** | | **$92,164.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case. Estate taxes filed and prompt determination letter sent 11/15/15. After response to prompt determination letter, Trustee will file Final Report.

**Initial Projected Date Of Final Report (TFR):** December 15, 2015        **Current Projected Date Of Final Report (TFR):** February 11, 2016  (Actual)

Printed: 02/19/2016 11:06 AM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-43163 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | QUINT G, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account: | ********21 - Checking Account |
| Taxpayer ID #: | **-***6417 | | Blanket Bond: | N/A |
| Period Ending: | 02/19/16 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/03/14 | {7} | FIRST COMMUNITY BANK/ QUINT G, INC. | | 1290-000 | 46,634.01 | | 46,634.01 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 64.84 | 46,569.17 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 69.23 | 46,499.94 |
| 09/11/14 | | DOOR SERVICE OF ILLINOIS INC | | | 6,000.00 | | 52,499.94 |
| | {3} | | | 5,500.00 | 1129-000 | | 52,499.94 |
| | {6} | | | 500.00 | 1129-000 | | 52,499.94 |
| 09/11/14 | {3} | SUPERIOR GLASS & MIRROR INC | | 1129-000 | 12,500.00 | | 64,999.94 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 84.65 | 64,915.29 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 96.51 | 64,818.78 |
| 12/05/14 | | ASSOCAITED BANK | BANK SERVICE FEE | 2600-000 | | 93.26 | 64,725.52 |
| 12/23/14 | 3001 | ASSOCIATED BANK` | Transfer to new acct. | 9999-000 | | 64,725.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 65,134.01 | 65,134.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 65,134.01 | 65,134.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$65,134.01** | **$65,134.01** | |

{} Asset reference(s)

Printed: 02/19/2016 11:06 AM    V.13.25

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 13-43163  
**Case Name:** QUINT G, INC.  

**Taxpayer ID #:** **-***6417  
**Period Ending:** 02/19/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********59 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Tranfer from old Associated Acct. | 9999-000 | 64,725.52 | | 64,725.52 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.93 | 64,697.59 |
| 01/15/15 | {2} | BEAR CONSTRUCTION | Settlement Pursuant to Order approving compromise entered 2/9/15. | 1121-000 | 27,030.00 | | 91,727.59 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.20 | 91,609.39 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.01 | 91,486.38 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 136.01 | 91,350.37 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 91,350.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **91,755.52** | **91,755.52** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 91,350.37 | |
| | | | **Subtotal** | | **91,755.52** | **405.15** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$91,755.52** | **$405.15** | |

{} Asset reference(s)

Printed: 02/19/2016 11:06 AM    V.13.25

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 13-43163 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | QUINT G, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****978666 - Checking Account |
| Taxpayer ID #: | **-***6417 | | Blanket Bond: | N/A |
| Period Ending: | 02/19/16 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 91,350.37 | | 91,350.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.15 | 91,210.22 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.19 | 91,079.03 |
| 11/03/15 | 20101 | Illinois Department of Revenue | estate tax due for 2014 taxes | 2810-000 | | 2,307.00 | 88,772.03 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.64 | 88,647.39 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.26 | 88,507.13 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.73 | 88,384.40 |
| | | | ACCOUNT TOTALS | | 91,350.37 | 2,965.97 | $88,384.40 |
| | | | Less: Bank Transfers | | 91,350.37 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,965.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $2,965.97 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********21 | 65,134.01 | 65,134.01 | 0.00 |
| Checking # ********59 | 91,755.52 | 405.15 | 0.00 |
| Checking # ****978666 | 0.00 | 2,965.97 | 88,384.40 |
| | $156,889.53 | $68,505.13 | $88,384.40 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 7, 2014

**Case Number:** 13-43163  
**Debtor Name:** QUINT G, INC.

Page: 1

**Date:** February 19, 2016  
**Time:** 11:06:41 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $7,858.20 | $0.00 | 7,858.20 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary filing fee case #14-00676 | $350.00 | $0.00 | 350.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,811.50 | $0.00 | 5,811.50 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $63.69 | $0.00 | 63.69 |
| 200 | RSM US LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Admin Ch. 7 | | $4,070.00 | $0.00 | 4,070.00 |
| 14<br>200 | Office of the U.S. Trustee<br>(ADMINISTRATIVE)<br>219 S Dearborn St. Room 873<br>Chicago, IL 60604 | Admin Ch. 7 | | $975.00 | $0.00 | 975.00 |
| 11P<br>520 | Glaziers Local Union No. 27 Combined Funds<br>Arnold and Kadjan<br>203 N. LaSalle St., Suite 1650<br>Chicaqo, IL 60601 | Priority | | $76,098.88 | $0.00 | 76,098.88 |
| 16P<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $2,637.30 | $0.00 | 2,637.30 |
| 17<br>570 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Priority | | $53.43 | $0.00 | 53.43 |
| 3<br>100 | Pittco Architectural Metals<br>1530 Landmeier Rd<br>Elk Grove Village, IL 60007 | Secured | | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 2<br>610 | Trulite Glass and Aluminum Solutions LLC<br>800 Fairway Drive Suite 200<br>Deerfield Beach, FL 33441 | Unsecured | | $52,227.22 | $0.00 | 52,227.22 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 7, 2014

**Case Number:** 13-43163  
**Debtor Name:** QUINT G, INC.

Page: 2

**Date:** February 19, 2016  
**Time:** 11:06:41 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 4<br>610 | All Metal Specialties Inc<br>300 Livingston Ave<br>Jamestown, NY 14701 | Unsecured | | $2,504.84 | $0.00 | 2,504.84 |
| 5<br>610 | Oldcastle Building Envelope<br>Commercial Collection Corp<br>PO Box 288<br>Tonawanda, NY 14150 | Unsecured | | $4,909.00 | $0.00 | 4,909.00 |
| 6<br>610 | Torstenson Glass Company<br>3233 N. Sheffield Ave<br>Chicago, IL 60657 | Unsecured | | $9,275.60 | $0.00 | 9,275.60 |
| 7<br>610 | Cardinal Glass Company<br>1087 Research Parkway<br>Rockford, IL 61109 | Unsecured | | $21,377.97 | $0.00 | 21,377.97 |
| 8<br>610 | AT&T Corp<br>% AT&T Services, Inc,Karen Cavagnaro,<br>Paralegal,One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Unsecured | | $1,741.37 | $0.00 | 1,741.37 |
| 9<br>610 | Midwest Wholesale Hardware<br>PO BOX 34221<br>Kansas City, MO 64120 | Unsecured | | $14,958.29 | $0.00 | 14,958.29 |
| 10<br>610 | Attention to Detail Enterprises Inc<br>2510 IL Route 176 Ste E<br>Crystal Lake, IL 60014 | Unsecured | | $4,860.00 | $0.00 | 4,860.00 |
| 11U<br>610 | Glaziers Local Union No. 27 Combined Funds<br>Arnold and Kadjan<br>203 N. LaSalle St., Suite 1650<br>Chicaqo, IL 60601 | Unsecured | | $114,404.39 | $0.00 | 114,404.39 |
| 12<br>610 | Glaziers Local Union No. 27 Combined Funds<br>Arnold and Kadjan<br>203 N. LaSalle St., Suite 1650<br>Chicaqo, IL 60601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 13<br>610 | Tee Jay Service Company<br>951 North Raddant Road<br>PO Box 369<br>Batavia, IL 60510 | Unsecured | | $1,318.50 | $0.00 | 1,318.50 |
| 15<br>610 | Skyline Design Inc<br>1240 N. Homan Ave.<br>Chicago, IL 60651 | Unsecured | | $6,149.05 | $0.00 | 6,149.05 |
| 16U<br>610 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Unsecured | | $55.68 | $0.00 | 55.68 |
| **<< Totals >>** | | | | 331,699.91 | 0.00 | 331,699.91 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-43163
Case Name: QUINT G, INC.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 88,384.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Pittco Architectural Metals | 3,920.87 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 88,384.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 7,858.20 | 0.00 | 7,858.20 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 5,811.50 | 0.00 | 5,811.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 63.69 | 0.00 | 63.69 |
| Accountant for Trustee, Fees - RSM US LLP | 4,070.00 | 0.00 | 4,070.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Fees, United States Trustee | 975.00 | 0.00 | 975.00 |

Total to be paid for chapter 7 administration expenses: $ 19,128.39
Remaining balance: $ 69,256.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 69,256.01

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $78,789.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Glaziers Local Union No. 27 Combined Funds | 76,098.88 | 0.00 | 69,256.01 |
| 16P | Illinois Department of Employment Security | 2,637.30 | 0.00 | 0.00 |
| 17 | Illinois Department of Employment Security | 53.43 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 69,256.01 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 233,781.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of Treasury | 0.00 | 0.00 | 0.00 |
| 2 | Trulite Glass and Aluminum Solutions LLC | 52,227.22 | 0.00 | 0.00 |
| 4 | All Metal Specialties Inc | 2,504.84 | 0.00 | 0.00 |
| 5 | Oldcastle Building Envelope | 4,909.00 | 0.00 | 0.00 |
| 6 | Torstenson Glass Company | 9,275.60 | 0.00 | 0.00 |
| 7 | Cardinal Glass Company | 21,377.97 | 0.00 | 0.00 |
| 8 | AT&T Corp | 1,741.37 | 0.00 | 0.00 |
| 9 | Midwest Wholesale Hardware | 14,958.29 | 0.00 | 0.00 |
| 10 | Attention to Detail Enterprises Inc | 4,860.00 | 0.00 | 0.00 |
| 11U | Glaziers Local Union No. 27 Combined Funds | 114,404.39 | 0.00 | 0.00 |
| 12 | Glaziers Local Union No. 27 Combined Funds | 0.00 | 0.00 | 0.00 |
| 13 | Tee Jay Service Company | 1,318.50 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 15 | Skyline Design Inc | 6,149.05 | 0.00 | 0.00 |
| 16U | Illinois Department of Employment Security | 55.68 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**