# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: QUINT G, INC.                                               §        Case No. 13-43163
                                                                            §
                                                                            §
Debtor(s)                                                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS E. SPRINGER, TRUSTEE , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

  The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn Street
   7th Floor
   Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 03/29/2016 in Courtroom 682, United States Courthouse,
Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed __/_/_____        By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: QUINT G, INC. | § | Case No. 13-43163 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $  92,164.01

*and approved disbursements of*  $  3,779.61

*leaving a balance on hand of* [1]  $  88,384.40

**Balance on hand:**  $  88,384.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Pittco Architectural Metals | 3,920.87 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00

Remaining balance:  $  88,384.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 7,858.20 | 0.00 | 7,858.20 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 5,811.50 | 0.00 | 5,811.50 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 63.69 | 0.00 | 63.69 |
| Accountant for Trustee, Fees - RSM US LLP | 4,070.00 | 0.00 | 4,070.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Fees, United States Trustee | 975.00 | 0.00 | 975.00 |

Total to be paid for chapter 7 administration expenses:  $  19,128.39

Remaining balance:  $  69,256.01

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 69,256.01 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $78,789.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Glaziers Local Union No. 27 Combined Funds | 76,098.88 | 0.00 | 69,256.01 |
| 16P | Illinois Department of Employment Security | 2,637.30 | 0.00 | 0.00 |
| 17 | Illinois Department of Employment Security | 53.43 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 69,256.01 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 233,781.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of Treasury | 0.00 | 0.00 | 0.00 |
| 2 | Trulite Glass and Aluminum Solutions LLC | 52,227.22 | 0.00 | 0.00 |
| 4 | All Metal Specialties Inc | 2,504.84 | 0.00 | 0.00 |
| 5 | Oldcastle Building Envelope | 4,909.00 | 0.00 | 0.00 |
| 6 | Torstenson Glass Company | 9,275.60 | 0.00 | 0.00 |
| 7 | Cardinal Glass Company | 21,377.97 | 0.00 | 0.00 |
| 8 | AT&T Corp | 1,741.37 | 0.00 | 0.00 |

| 9 | Midwest Wholesale Hardware | 14,958.29 | 0.00 | 0.00 |
| 10 | Attention to Detail Enterprises Inc | 4,860.00 | 0.00 | 0.00 |
| 11U | Glaziers Local Union No. 27 Combined Funds | 114,404.39 | 0.00 | 0.00 |
| 12 | Glaziers Local Union No. 27 Combined Funds | 0.00 | 0.00 | 0.00 |
| 13 | Tee Jay Service Company | 1,318.50 | 0.00 | 0.00 |
| 15 | Skyline Design Inc | 6,149.05 | 0.00 | 0.00 |
| 16U | Illinois Department of Employment Security | 55.68 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
_____
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-43163-JBS
Quint G, Inc.                                                       Chapter 7
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 2          Date Rcvd: Feb 22, 2016
                             Form ID: pdf006           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2016.
```
db            +Quint G, Inc.,   725 Schneider Dr.  # 4,   South Elgin, IL 60177-2644
21188480      +All Metal Specialties Inc,   300 Livingston Ave,   Jamestown, NY 14701-2665
21188481      +Allstate Metal,   365 Beinoris Dr.,   Wood Dale, IL 60191-1222
21188483      +Attention to Detail Enterprises Inc,   2510 IL Route 176 Ste E,   Crystal Lake, IL 60014-2217
21188484       C.R. Laurence,   5510 W. Ogdon Ave.,   Cicero, IL 60804
21188487       CMI Architectual,   20621 SD Highway,   De Smet, SD 57231
21188488      +CRL US Aluminum,   5501 W. Ogden,   Cicero, IL 60804-3507
21188485      +Cardinal Glass Company,   1087 Research Parkway,   Rockford, IL 61109-5907
21188486      +City of Chicago,   PO BOX 88292,   Chicago, IL 60680-1292
21188489      +Double D,   PO BOX 606,   Peru, IL 61354-0606
21188490      +EMC,   PO BOX 219225,   Kansas City, MO 64121-9225
21188492      +Fedex,   PO BOX 94515,   Palatine, IL 60094-4515
21188493      +First Community Bank of Elgin,   165 South Randall Rd,   Elgin, IL 60123-5547
21188499      +Fleet One,   PO BOX 415000,   Nashville, TN 37241-5000
21188500      +Glazer's Union Local 27 H&P Fund,   c/o Arnold & Kadjan,   203 N. LaSalle St., Ste 1650,
                Chicago, IL 60601-1257
21592424      +Glazers Local Union No. 27 Combined Funds,   c/o Andrew Pigott, Esq.,   ARNOLD AND KADJAN,
                203 N. LaSalle, Suite 1650,   Chicago, IL 60601-1257
21576960      +Glaziers Local Union No. 27 Combined Funds,   Arnold and Kadjan,
                203 N. LaSalle St., Suite 1650,   Chicago, IL 60601-1257
21188501       Ice Mountain Water,   PO BOX 856680,   Louisville, KY 40285-6680
21188502      +Lee Quigley Co.,   700 Rockmead Drive,   Kingwood, TX 77339-5018
21188503      +Mid American Metal Forming,   159 Endeavor Dr.,   Rogersville, MO 65742-8846
21188504      +Midwest Glass Tinters,   260 Jamie Lane,   Ste C,   Wauconda, IL 60084-1022
21188505      +Midwest Wholesale Hardware,   PO BOX 34221,   Kansas City, MO 64120-4221
21188506      +Mr. Scott Richmond,   Ariano, Hardy et. al,   2000 McDonald Rd.,   South Elgin, IL 60177-3323
21439521      +Oldcastle Building Envelope,   Commercial Collection Corp,   PO Box 288,
                Tonawanda, NY 14151-0288
21188507      +Oldcastle Glass-Perrysburg,   16697 Collections Center Drive,   Chicago, IL 60693-0166
21188508      +Phoenix Welding,   1101 E Green Street,   Franklin Park, IL 60131-1547
21188509      +Pittco Architectural Metals,   1530 Landmeier Rd,   Elk Grove Village, IL 60007-2416
21188510       S&S Panel Sales,   PO BOX 250937,   Milwaukee, WI 53225-6517
21188511      +++Skyline Design Inc,   1240 N. Homan Ave.,   Chicago, IL 60651-4202
21188512       Streamwood Plastics,   PO BOX 427,   Streamwood, IL 60107-0427
21188514      +Torstenson Glass Company,   3233 N. Sheffield Ave,   Chicago, IL 60657-2271
21188515      #+Trulite Glass and Aluminum Solutions LLC,   800 Fairway Drive Suite 200,
                Deerfield Beach, FL 33441-1830
21188516       Viracon,   PO BOX 86,   Minneapolis, MN 55486-0570
21188517      +Vistawall Achitect,   434 W. Thorndale,   Itasca, IL 60143
21188518      +Winco Windows,   6200 Maple Ave.,   Saint Louis, MO 63130-3305
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21464277      +E-mail/Text: g17768@att.com Feb 23 2016 01:57:10      AT&T Corp,    % AT&T Services, Inc,
                Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
21188482      +E-mail/Text: g17768@att.com Feb 23 2016 01:57:10      AT&T,   PO BOX 5019,
                Carol Stream, IL 60197-5019
21232685       E-mail/Text: cio.bncmail@irs.gov Feb 23 2016 01:57:26      Department of Treasury,
                Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
21188491      +E-mail/Text: legal@fastenal.com Feb 23 2016 01:57:43      Fastenal Co,   PO BOX 978,
                Winona, MN 55987-0978
23234327      +E-mail/Text: des.claimantbankruptcy@illinois.gov Feb 23 2016 01:59:54
                Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
21975129      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 23 2016 01:58:01      Office of the U.S. Trustee,
                219 S Dearborn St.  Room 873,   Chicago, IL 60604-2027
21188513      +Fax: 6304061456 Feb 23 2016 02:01:22      Tee Jay Service Company,   951 North Raddant Road,
                PO Box 369,   Batavia, IL 60510-0369
                                                                                   TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            McGladrey LLP
aty            Patrick T Shaw
aty            Springer Brown, LLC
21188494*     +First Community Bank of Elgin,   165 South Randall Rd,   Elgin, IL 60123-5547
21188495*     +First Community Bank of Elgin,   165 South Randall Rd,   Elgin, IL 60123-5547
21188497*     +First Community Bank of Elgin,   165 South Randall Rd,   Elgin, IL 60123-5547
21188498*     +First Community Bank of Elgin,   165 South Randall Rd,   Elgin, IL 60123-5547
23340043*     +Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
23340143*     +Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
                                                                       TOTALS: 3, * 6, ## 0
```

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2            Date Rcvd: Feb 22, 2016
                             Form ID: pdf006           Total Noticed: 42
```

```
                  ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2016 at the address(es) listed below:
          Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
           jkrafcisin@springerbrown.com;iprice@springerbrown.com
          John F. Etzkorn   on behalf of Creditor    Trustees of the Glaziers Architectural Metal and Glass
           Workers Local Union 27 Welfare and Pension Funds jetzkorn@arnoldandkadjan.com,
           bshea@arnoldandkadjan.com
          John S Biallas    on behalf of Debtor 1    Quint G, Inc. jsb70@comcast.net
          Kathryn Gleason    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Kathryn.M.Gleason@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           iprice@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                      TOTAL: 7
```