**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: QUINT G, INC. § Case No. 13-43163
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

 THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $15,815.00                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $69,256.01        Claims Discharged
                                                                            Without Payment: N/A

Total Expenses of Administration: $22,908.00

---

 3) Total gross receipts of $ 92,164.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $92,164.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,920.00 | $3,920.87 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,908.00 | 22,908.00 | 22,908.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 78,789.61 | 78,789.61 | 69,256.01 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,484.05 | 233,781.91 | 233,781.91 | 0.00 |
| **TOTAL DISBURSEMENTS** | $31,404.05 | $339,400.39 | $335,479.52 | $92,164.01 |

4) This case was originally filed under Chapter 7 on November 04, 2013. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 27,030.00 |
| Vehicles | 1129-000 | 18,000.00 |
| Inventory | 1129-000 | 500.00 |
| DIP Account | 1290-000 | 46,634.01 |
| **TOTAL GROSS RECEIPTS** | | **$92,164.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Pittco Architectural Metals | 4220-000 | 3,920.00 | 3,920.87 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,920.00** | **$3,920.87** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 7,858.20 | 7,858.20 | 7,858.20 |
| Clerk of the US Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | 3110-000 | N/A | 5,811.50 | 5,811.50 | 5,811.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 63.69 | 63.69 | 63.69 |
| RSM US LLP | 3410-000 | N/A | 4,070.00 | 4,070.00 | 4,070.00 |
| Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Associated Bank | 2600-000 | N/A | 64.84 | 64.84 | 64.84 |
| Associated Bank | 2600-000 | N/A | 69.23 | 69.23 | 69.23 |
| Associated Bank | 2600-000 | N/A | 84.65 | 84.65 | 84.65 |
| Associated Bank | 2600-000 | N/A | 96.51 | 96.51 | 96.51 |
| ASSOCAITED BANK | 2600-000 | N/A | 93.26 | 93.26 | 93.26 |
| ASSOCIATED BANK | 2600-000 | N/A | 27.93 | 27.93 | 27.93 |
| ASSOCIATED BANK | 2600-000 | N/A | 118.20 | 118.20 | 118.20 |
| ASSOCIATED BANK | 2600-000 | N/A | 123.01 | 123.01 | 123.01 |
| Rabobank, N.A. | 2600-000 | N/A | 140.15 | 140.15 | 140.15 |
| Rabobank, N.A. | 2600-000 | N/A | 131.19 | 131.19 | 131.19 |
| Illinois Department of Revenue | 2810-000 | N/A | 2,307.00 | 2,307.00 | 2,307.00 |
| Rabobank, N.A. | 2600-000 | N/A | 124.64 | 124.64 | 124.64 |
| Rabobank, N.A. | 2600-000 | N/A | 140.26 | 140.26 | 140.26 |
| Rabobank, N.A. | 2600-000 | N/A | 122.73 | 122.73 | 122.73 |
| ASSOCIATED BANK | 2600-000 | N/A | 136.01 | 136.01 | 136.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$22,908.00** | **$22,908.00** | **$22,908.00** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Glaziers Local Union No. 27 Combined Funds | 5400-000 | N/A | 76,098.88 | 76,098.88 | 69,256.01 |
| 16P | Illinois Department of Employment Security | 5800-000 | N/A | 2,637.30 | 2,637.30 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 17 | Illinois Department of Employment Security | 5800-000 | N/A | 53.43 | 53.43 | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $78,789.61 | $78,789.61 | $69,256.01 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | Trulite Glass and Aluminum Solutions LLC | 7100-000 | N/A | 52,227.22 | 52,227.22 | 0.00 |
| 4 | All Metal Specialties Inc | 7100-000 | N/A | 2,504.84 | 2,504.84 | 0.00 |
| 5 | Oldcastle Building Envelope | 7100-000 | N/A | 4,909.00 | 4,909.00 | 0.00 |
| 6 | Torstenson Glass Company | 7100-000 | N/A | 9,275.60 | 9,275.60 | 0.00 |
| 7 | Cardinal Glass Company | 7100-000 | 21,335.00 | 21,377.97 | 21,377.97 | 0.00 |
| 8 | AT&T Corp | 7100-000 | N/A | 1,741.37 | 1,741.37 | 0.00 |
| 9 | Midwest Wholesale Hardware | 7100-000 | N/A | 14,958.29 | 14,958.29 | 0.00 |
| 10 | Attention to Detail Enterprises Inc | 7100-000 | N/A | 4,860.00 | 4,860.00 | 0.00 |
| 11U | Glaziers Local Union No. 27 Combined Funds | 7100-000 | N/A | 114,404.39 | 114,404.39 | 0.00 |
| 12 | Glaziers Local Union No. 27 Combined Funds | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Tee Jay Service Company | 7100-000 | N/A | 1,318.50 | 1,318.50 | 0.00 |
| 15 | Skyline Design Inc | 7100-000 | 6,149.05 | 6,149.05 | 6,149.05 | 0.00 |
| 16U | Illinois Department of Employment Security | 7100-000 | N/A | 55.68 | 55.68 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,484.05 | $233,781.91 | $233,781.91 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-43163  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** QUINT G, INC.  **Filed (f) or Converted (c):** 05/19/14 (c)
**§341(a) Meeting Date:**
**Period Ending:** 06/13/16  **Claims Bar Date:** 10/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Financial Accounts<br>    Checking account First Community Bank of Elgin | Unknown | 0.00 | | 0.00 | FA |
| 2 Accounts Receivable<br>    Accouonts receivable of Company<br>Bear Construction Company owes $32,030; Adversary filed but dismissed for want of prosecution after Joe Voiland resigned and current Trustee not advised of court date. | 265,175.15 | 32,000.00 | | 27,030.00 | FA |
| 3 Vehicles<br>    Two 2008 Vans; One 2008 Matrix; One 2003 Van Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 7,500.00 | 7,500.00 | | 18,000.00 | FA |
| 4 Office Equipment<br>    Misc. desks, computer and office equipment Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 Machinery and Supplies<br>    Miscilaneous hand tools, saws and tables used in fabrication of windows Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 14,815.00 | 0.00 | | 0.00 | FA |
| 6 Inventory<br>    Misc. Hardare and extrusions Location: 725 Schneider Dr. # 4, South Elgin IL 60177 | 500.00 | 500.00 | | 500.00 | FA |
| 7 DIP Account  (u) | 0.00 | 46,634.01 | | 46,634.01 | FA |
| 7   Assets   Totals (Excluding unknown values) | **$288,990.15** | **$86,634.01** | | **$92,164.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Reassigned Joe Voiland case. Estate taxes filed and prompt determination letter sent 11/15/15. After response to prompt determination letter, Trustee will file Final Report.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2015        **Current Projected Date Of Final Report (TFR):**    February 11, 2016  (Actual)

Printed: 06/13/2016 01:18 PM    V.13.25

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-43163  
**Case Name:** QUINT G, INC.

**Taxpayer ID #:** **-***6417  
**Period Ending:** 06/13/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********21 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/14 | {7} | FIRST COMMUNITY BANK/ QUINT G, INC. | | 1290-000 | 46,634.01 | | 46,634.01 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 64.84 | 46,569.17 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 69.23 | 46,499.94 |
| 09/11/14 | | DOOR SERVICE OF ILLINOIS INC | | | 6,000.00 | | 52,499.94 |
| | {3} | | 5,500.00 | 1129-000 | | | 52,499.94 |
| | {6} | | 500.00 | 1129-000 | | | 52,499.94 |
| 09/11/14 | {3} | SUPERIOR GLASS & MIRROR INC | | 1129-000 | 12,500.00 | | 64,999.94 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 84.65 | 64,915.29 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 96.51 | 64,818.78 |
| 12/05/14 | | ASSOCAITED BANK | BANK SERVICE FEE | 2600-000 | | 93.26 | 64,725.52 |
| 12/23/14 | 3001 | ASSOCIATED BANK` | Transfer to new acct. | 9999-000 | | 64,725.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 65,134.01 | 65,134.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 65,134.01 | 65,134.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $65,134.01 | $65,134.01 | |

{} Asset reference(s)

Printed: 06/13/2016 01:18 PM V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-43163  
**Case Name:** QUINT G, INC.  
**Taxpayer ID #:** **-***6417  
**Period Ending:** 06/13/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********59 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Tranfer from old Associated Acct. | 9999-000 | 64,725.52 | | 64,725.52 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.93 | 64,697.59 |
| 01/15/15 | {2} | BEAR CONSTRUCTION | Settlement Pursuant to Order approving compromise entered 2/9/15. | 1121-000 | 27,030.00 | | 91,727.59 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.20 | 91,609.39 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.01 | 91,486.38 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 136.01 | 91,350.37 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 91,350.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 91,755.52 | 91,755.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 91,350.37 | |
| | | | **Subtotal** | | 91,755.52 | 405.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$91,755.52** | **$405.15** | |

{} Asset reference(s)

Printed: 06/13/2016 01:18 PM V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-43163  
**Case Name:** QUINT G, INC.  
**Taxpayer ID #:** **-***6417  
**Period Ending:** 06/13/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****978666 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 91,350.37 | | 91,350.37 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.15 | 91,210.22 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.19 | 91,079.03 |
| 11/03/15 | 20101 | Illinois Department of Revenue | estate tax due for 2014 taxes | 2810-000 | | 2,307.00 | 88,772.03 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.64 | 88,647.39 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.26 | 88,507.13 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.73 | 88,384.40 |
| 04/07/16 | 20102 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $7,858.20, Trustee Compensation; Reference: | 2100-000 | | 7,858.20 | 80,526.20 |
| 04/07/16 | 20103 | RSM US LLP | Dividend paid 100.00% on $4,070.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,070.00 | 76,456.20 |
| 04/07/16 | 20104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $5,811.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,811.50 | 70,644.70 |
| 04/07/16 | 20105 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $63.69, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 63.69 | 70,581.01 |
| 04/07/16 | 20106 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 70,231.01 |
| 04/07/16 | 20107 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 975.00 | 69,256.01 |
| 04/07/16 | 20108 | Glaziers Local Union No. 27 Combined Funds | Dividend paid 91.00% on $76,098.88; Claim# 11P; Filed: $76,098.88; Reference: | 5400-000 | | 69,256.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 91,350.37 | 91,350.37 | $0.00 |
| | | | Less: Bank Transfers | | 91,350.37 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 91,350.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$91,350.37** | |

{} Asset reference(s)

Printed: 06/13/2016 01:18 PM V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 13-43163 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| --- | --- | --- | --- | --- |
| **Case Name:** | QUINT G, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****978666 - Checking Account |
| **Taxpayer ID #:** | **-***6417 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 06/13/16 | | **Separate Bond:** | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ********21** | 65,134.01 | 65,134.01 | 0.00 |
| **Checking # ********59** | 91,755.52 | 405.15 | 0.00 |
| **Checking # ****978666** | 0.00 | 91,350.37 | 0.00 |
| | $156,889.53 | $156,889.53 | $0.00 |

{} Asset reference(s)      Printed: 06/13/2016 01:18 PM    V.13.25